# UNITED STATES DISTRICT COURT

US MAGISTRATE COURT
GRG-SDTX
FILED

JUN 0 5 2014   **3C**

David J. Bradley, Clerk
Laredo Division

__SOUTHERN__   DISTRICT OF   __TEXAS__

UNITED STATES OF AMERICA
V.

Alberto GARZA-Gaona

FPD

DET/PE 6/10/14

CRIMINAL COMPLAINT

Case Number: 5:14MJ0781

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 4, 2014__ in __Webb__ County, in the __Southern__ District of __Texas__ defendant did,

*(Track Statutory Language of Offense)*

Knowingly possessed, received and distributed visual depictions using any means and facility of interstate and foreign commerce and that have been mailed, and have been shipped and transported in and affecting interstate and foreign commerce, and which contain materials which have been mailed and so shipped or transported, by any means including a computer, and the producing of visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct,

in violation of Title __18__ United States Code, Section(s) __2252__.

I further state that I am a(n) __Special Agent, U.S. Homeland Security Investigations__ and that this complaint is based on the following facts:

Official Title

See Attachment A

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

_____
Signature of Complainant

Ricardo GARZA
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 5, 2014                             at    Laredo, Texas
Date                                            City and State

Guillermo Garcia, U.S. Magistrate Judge         _____
Name and Title of Judicial Officer              Signature of Judicial Officer

## ATTACHMENT A

I am a Special Agent of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On April 2, 2014, Homeland Security Investigations (HSI) Laredo, Texas Special Agents received information from the Webb County Sheriff's Office (WCSO) that an individual residing at _____ Laredo, Texas was in possession of child pornography.

2. On June 4, 2014, at approximately 0750 hours, HSI Special Agents and WCSO Deputies executed a federal search warrant on _____ Laredo, Texas. During the service of the warrant, HSI Special Agents encountered Alberto GARZA-Gaona at the residence.

3. At approximately 0909 hours, Special Agents advised GARZA-Gaona of his Miranda Rights in the English language. GARZA-Gaona acknowledged his rights and agreed to speak to HSI Special Agents without the presence of an attorney.

4. GARZA-Gaona stated that for the past five (5) months, he has been downloading child pornography onto his computer. GARZA-Gaona further identified to Special Agents which computer in his residence would contain child pornography. GARZA-Gaona also stated he knew that child pornography images and videos were illegal.

5. HSI Laredo Special Agents arrested GARZA-Gaona and transported him to the Webb County jail without incident.